B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Frear, David N Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1690** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8913 Canyon Springs Dr**<br>**Las Vegas, NV**<br><div align="right">ZIP Code</div>**89117** | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**8465 W Sahara Ave # 111**<br>**Las Vegas, NV**<br><div align="right">ZIP Code</div>**89117** | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) **Page 2**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Frear, David N Jr.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)              (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Frear, David N** |

<div align="center">

**Signatures**

</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _David N Frear_
Signature of Debtor **David N Frear**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**April 27, 2015**
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**Robert Atkinson 9958**
Printed Name of Attorney for Debtor(s)

**Atkinson Law Associates Ltd.**
Firm Name

**8965 S. Eastern Ave Suite 260**
**Las Vegas, NV 89123**

_____
Address

**Email: bknotices@nv-lawfirm.com**
**(702) 614-0600  Fax: (702) 614-0647**
Telephone Number

**April 27, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re   **David N Frear, Jr.**
_____
                                        Debtor(s)

Case No. _____

Chapter   **7**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: _[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]_

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ David N Frear, Jr.**
                                  **David N Frear, Jr.**

Date:    **April 27, 2015**

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the

Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re   **David N Frear, Jr.**

Debtor(s)

Case No. _____

Chapter   **7**   _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**David N Frear, Jr.** _____

Printed Name(s) of Debtor(s)

X **/s/ David N Frear, Jr.**        **April 27, 2015**

Signature of Debtor                Date

Case No. (if known) _____

X _____

Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B6A (Official Form 6A) (12/07)

.

In re     **David N Frear, Jr.**                                                    ,        Case No. _____
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __David N Frear, Jr._____,          Case No. _____
                           **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__   continuation sheets attached | Subtotal (Total of this page) | |
| | Total (Report on Summary of Schedules) | **0.00** **0.00** |

B6E (Official Form 6E) (4/13)

In re **David N Frear, Jr.**                                                                          , Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    *\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **David N Frear, Jr.**                                              Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **A-12-660926-B** <br><br> **2010-1 CRE Venture, LLC** <br> **c/o Robert McCoy, Esq.** <br> **Morris Law Group** <br> **300 S. Fourth Street, Suite 900** <br> **Las Vegas, NV 89101** | X | - | | | Judgment on commercial real estate loan | | | | **16,788,728.31** |
| Account No. <br><br> **Arthur and Carmen Bruschera Living Trust** <br> **c/o Elaine K. Fresch, Esq.** <br> **Selman Breitman** <br> **11766 Wilshire Blvd. 6th Floor** <br> **Los Angeles, CA 90025** | | - | | | Lawsuit | | | X | **0.00** |
| Account No. **A-14-699753-C** <br><br> **Arthur Brushera Bypass Trust** <br> **c/o Elaine K. Fresch, Esq.** <br> **Selman Breitman** <br> **11766 Wilshire Blvd. 6th Floor** <br> **Los Angeles, CA 90025** | | - | | | Lawsuit | | | X | **0.00** |
| Account No. <br><br> **B.H. LOS ALTOS, LLC** <br> **c/o CSC SERVICES OF NEVADA, INC.** <br> **2215-B RENAISSANCE DR** <br> **Las Vegas, NV 89119** | | - | | | Personal guarantee | | | X | **Unknown** |

___**10**___  continuation sheets attached

Subtotal
(Total of this page)    **16,788,728.31**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David N Frear, Jr.** _____ ,   Case No. _____

                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8069**<br><br>**Bank of America**<br>**Attn: Correspondence**<br>**Unit/CA6-919-02-41**<br>**Po Box 5170**<br>**Simi Valley, CA 93062** | - | | **Opened  6/01/05  Last Active  4/01/10**<br>**Real Estate Mortgage** | | | | **0.00** |
| Account No. **xxxxxxxxxx7768**<br><br>**Barclays Bank Delaware**<br>**Attn: Bankruptcy**<br>**P.O. Box 8801**<br>**Wilmington, DE 19899** | - | | **Opened  7/31/09  Last Active 11/03/10**<br>**Credit Card** | | | | **0.00** |
| Account No.<br><br>**BMO Harris Bank**<br>**f/k/a Marshall and Ilsley Bank**<br>**111 W. Monroe St.**<br>**Chicago, IL 60603** | - | | **Settlement - same as M&I Bank below** | | | | **65,000.00** |
| Account No. **A-14-699753-C**<br><br>**Carmen Bruschera**<br>**c/o Elaine K. Fresch**<br>**Selman Breitman**<br>**11766 Wilshire Blvd. 6th Floor**<br>**Los Angeles, CA 90025** | - | | **Lawsuit** | | | X | **0.00** |
| Account No. **xxxxx1894**<br><br>**Cbna**<br>**Po Box 6282**<br>**Sioux Falls, SD 57117** | - | | **Opened  8/01/93  Last Active 12/24/04**<br>**Charge Account** | | | | **0.00** |

Sheet no. __**1**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **65,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **David N Frear, Jr.**                                    ,          Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxx2805** | | - | | Opened 2/01/08 Last Active 3/09/12 Automobile | | | | |
| **Chase Auto** Attn:National Bankruptcy Dept Po Box 29505 Phoenix, AZ 85038 | | | | | | | | **0.00** |
| Account No. **xxxxxxxxx5203** | | - | | Opened 6/01/07 Last Active 1/03/13 Automobile | | | | |
| **Chase Auto** Attn:National Bankruptcy Dept Po Box 29505 Phoenix, AZ 85038 | | | | | | | | **0.00** |
| Account No. **xxxxxxxxx3805** | | - | | Opened 8/01/05 Last Active 2/15/08 Automobile | | | | |
| **Chase Auto** Attn:National Bankruptcy Dept Po Box 29505 Phoenix, AZ 85038 | | | | | | | | **0.00** |
| Account No. **xxxxxxxxxxx9931** | | - | | Opened 6/01/99 Last Active 6/28/11 Credit Card | | | | |
| **Chase Card** Po Box 15298 Wilmington, DE 19850 | | | | | | | | **10,877.00** |
| Account No. **xxxxxxxxx2196** | | - | | Opened 12/01/06 Last Active 4/06/10 Real Estate Mortgage | | | | |
| **Chase Mtg** Po Box 24696 Columbus, OH 43224 | | | | | | | | **0.00** |

Sheet no. __**2**__ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **10,877.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David N Frear, Jr.**                                                , Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **A-11-652471-C** | | - | | | Lawsuit | | | | |
| **Citibank c/o Jeffrey Sloane, Esq. The Law Offices of Jeffrey G. Sloane 8935 S. Pecos Road, Suite 21A Henderson, NV 89074** | | | | | | | | | **Unknown** |
| Account No. | | - | | | Lawsuit | | | X | |
| **Craig Boreta c/o J. Michael Oakes, Esq. Foley & Oakes PC 850 E bonneville Ave Las Vegas, NV 89101** | | | | | | | | | **0.00** |
| Account No. | | - | | | 2015 Landlord | | | X | |
| **Duc Choi a/k/a DUK GYU CHOI 2933 CHESHIRE WAY Grand Prairie, TX 75052** | | | | | | | | | **0.00** |
| Account No. | | - | | | Lawsuit | | | X | |
| **Estate of Vaso Boreta c/o John M. Oakes Foley & Oakes, P.C. 850 E. Bonneville Ave. Las Vegas, NV 89101** | | | | | | | | | **0.00** |
| Account No. **xxxxxxxx0000** | | - | | | Opened 11/01/09 Last Active 1/31/12 Lease - old | | | | |
| **First Data 1307 Walt Whitman Rd Melville, NY 11747** | | | | | | | | | **3,363.00** |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **3,363.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David N Frear, Jr.** ,                    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx5000** <br><br> **First Data** <br> **1307 Walt Whitman Rd** <br> **Melville, NY 11747** | - | | **Opened  8/07/09  Last Active  9/30/11** <br> **Lease - old** | | | | 718.00 |
| Account No. **xxxxxxxx9000** <br><br> **First Data** <br> **1307 Walt Whitman Rd** <br> **Melville, NY 11747** | - | | **Opened  1/04/10  Last Active 10/04/11** <br> **Lease - old** | | | | 432.00 |
| Account No. **xxxxxxxx1000** <br><br> **First Data** <br> **1307 Walt Whitman Rd** <br> **Melville, NY 11747** | - | | **Opened  3/01/10  Last Active  4/09/12** <br> **Lease - old** | | | | 0.00 |
| Account No. <br><br> **Flamingo Paradise Partners, LLC** <br> **8465 W Sahara Ave # 111** <br> **Las Vegas, NV 89117** | - | | **Co-debtor (for notice only)** | | | | 0.00 |
| Account No. **xxxx7955** <br><br> **Ford Motor Credit Corporation** <br> **Ford Motor Credit** <br> **Po Box 6275** <br> **Dearborn, MI 48121** | - | | **Opened  5/01/03  Last Active  5/29/08** <br> **Automobile** | | | | 0.00 |

Sheet no. __4___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,150.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **David N Frear, Jr.**_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Old lawsuit | | | | |
| **FRONTIER FINANCIAL CREDIT UNION c/o BRUCE A. RODELA WASHOE CREDIT UNION 5200 NEIL ROAD Reno, NV 89502** | | - | | | | | | **0.00** |
| Account No. **xxxxxx8251** | | | | **Opened 8/01/07 Last Active 2/01/14 Settlment - Same as BMO Harris above** | | | | |
| **Harris N.A. Bmo Harris Bank - Bankruptcy Dept 770 N Water Street Milwaukee, WI 53202** | | - | | | | | | **Unknown** |
| Account No. | | | | **Old lawsuit** | | | | |
| **IDEAL DRUG LTD., c/o ALAN R. ROCK 1344 DISC DRIVE Sparks, NV 89436** | | - | | | | | | **0.00** |
| Account No. | | | | **Lawsuit** | | | | |
| **James Bruschera c/o Elaine K. Fresch Selman Breitman 11766 Wilshire Blvd. 6th Floor Los Angeles, CA 90025** | | - | | | | | X | **0.00** |
| Account No. | | | | **Lawsuit** | | | | |
| **John Boreta c/o J. Michael Oakes Foley & Oakes PC 850 E Bonneville Ave Las Vegas, NV 89101** | | - | | | | | X | **0.00** |

Sheet no.  **5**  of  **10**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **David N Frear, Jr.**                                          ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Old lawsuit | | | | |
| **KILEY RANCH LLC** c/o David Kiley **985 WATT STREET** **Reno, NV 89505** | | | | | | | | | **0.00** |
| Account No. | | | - | | Old lawsuit | | | | |
| **LAZY FIVE COMPANY** c/o David Kiley **985 WATT STREET** **Reno, NV 89505** | | | | | | | | | **0.00** |
| Account No. | | | - | | Old lawsuit | | | | |
| **LUMOS & ASSOCIATES, INC.,** c/o ALLISON MACKENZIE, LTD. **402 NORTH DIVISION ST** **Carson City, NV 89703** | | | | | | | | | **0.00** |
| Account No. xxxxxxxx0000 | X | | - | | Opened  8/01/07  Last Active  1/10/11 Settlement - same as BMO Harris above | | | | |
| **Marshall & Ilsley Bank** **401 N Executive Drive** **Brookfield, WI 53005** | | | | | | | | | **Unknown** |
| Account No. | | | - | | Settlement - same as BMO Harris | | | | |
| **Marshall and Ilsley Bank FSB** c/o Sandra Tiberi, Esq. **Law Offices of Hemar & Rousso** **15910 Ventura Blvd, 12th Floor** **Encino, CA 91436** | | | | | | | | | **Unknown** |

Sheet no. __6__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **David N Frear, Jr.**                                              ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  McDonald Carrano Wilson 2300 W Sahara Ave # 1000 Las Vegas, NV 89102 | - | | | 2014-2015 Attorney fees | | | | 15,000.00 |
| Account No. xxxx6518  New Century Mortgage C/Carrington 1610 E. St. Andrew Place B150 Santa Ana, CA 92705 | - | | | Opened 12/28/06  Last Active  3/06/07 Real Estate Mortgage | | | | 0.00 |
| Account No.  Pat Marsh 1890 WHISPERING CIR Henderson, NV 89012 | - | | | Personal loan | | | | 70,000.00 |
| Account No.  Paul Bruschera c/o Elaine K. Fresch, Esq. Selman Breitman 11766 Wilshire Blvd. 6th Floor Los Angeles, CA 90025 | - | | | Lawsuit | | | X | 0.00 |
| Account No. xxxxxxxxxxxx0054  Providian/Chase Attn: Bankruptcy Po Box 15298 Wilmington, DE 19850 | - | | | Opened 11/01/95  Last Active  6/02/05 Credit Card | | | | 0.00 |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          85,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David N Frear, Jr.** _____,  Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **ROCK NEVADA ENTERPRISES, INC.** c/o Alan Rock 5265 VISTA BLVD Sparks, NV 89436 | - | | | Old lawsuit | | | | 0.00 |
| Account No. **A-14-699753-C** **Ron Boreta** c/o J. Michael Oakes, Esq. **FOLEY & OAKES** 850 E Bonneville Ave Las Vegas, NV 89101 | - | | | Lawsuit | | | X | 0.00 |
| Account No. **xxxxxxxx6648** Select Portfolio Servicing Po Box 65250 Salt Lake City, UT 84165 | - | | | Opened  6/20/07  Last Active 11/01/09 Real Estate Mortgage | | | | 0.00 |
| Account No. **STN HOLDING GROUP, LLC** c/o RANDAL S KUCKENMEISTER 3860 GS RICHARDS BLVD Carson City, NV 89703 | - | | | July 2013 Lawsuit (on personal guarantee) - judgment | | | | 11,000,000.00 |
| Account No. **xxxxxxxx2245** Thornburgmtg 425 Phillips Blvd Ewing, NJ 08618 | - | | | Opened  6/29/07  Last Active 11/12/09 Real Estate Specific | | | | 0.00 |

Sheet no. __8__ of __10__ sheets attached to Schedule of   Subtotal
Creditors Holding Unsecured Nonpriority Claims   (Total of this page)   **11,000,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David N Frear, Jr.** ,  Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **x-xx-xxx698-J** <br><br> **TMST Home Loans** <br> **c/o Kristin A. Schuler-Hintz, Esq.** <br> **McCarthy & Holthus, LLP** <br> **9510 W. Sahara Ave., Suite 200** <br> **Las Vegas, NV 89117** | | - | | Lawsuit | | | X | 0.00 |
| Account No. **xxxxxxxxxxxxx0001** <br><br> **Toyota Motor Credit Co** <br> **Toyota Financial Services** <br> **Po Box 8026** <br> **Cedar Rapids, IA 52408** | | - | | Opened  4/01/05  Last Active  7/09/07 <br> Automobile | | | | 0.00 |
| Account No. **xxxxx3800** <br><br> **Us Bank** <br> **425 Walnut St** <br> **Cincinnati, OH 45202** | | - | | Opened 12/01/08  Last Active 10/21/14 <br> Automobile | | | | 0.00 |
| Account No. <br><br> **Vaso Boreta 2000 Trust** <br> **c/o John M. Oakes, Esq.** <br> **Foley & Oakes, P.C.** <br> **850 E. Bonneville Ave.** <br> **Las Vegas, NV 89101** | | - | | Lawsuit | | | X | 0.00 |
| Account No. <br><br> **Vaso Boreta 2000 Trust** <br> **c/o J. Michael Oakes, Esq.** <br> **Foley & Oakes, PC** <br> **850 E Bonneville Ave** <br> **Las Vegas, NV 89101** | | - | | Lawsuit | | | | 0.00 |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David N Frear, Jr.**                                                    ,          Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Old lawsuit | | | | |
| **VISTA CENTER, INC.,** **c/o Alan Rock** **5265 VISTA BLVD** **Sparks, NV 89436** | - | | | | | | | 0.00 |
| Account No. **xxxxxxxx8502** | | | | Opened  6/01/04  Last Active  6/12/07 Real Estate Mortgage | | | | |
| **Wachovia Mortgage/World Savings and Loan** **Attn: Bankruptcy Dept.(T7419-015)** **Po Box 659558** **San Antonio, TX 78265** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __**10**__ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 0.00 |
| Total (Report on Summary of Schedules) | | 27,954,118.31 |

B6G (Official Form 6G) (12/07)

.

In re  **David N Frear, Jr.**                                                                    ,        Case No. _____
                                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and
complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **DUK GYU CHOI**<br>**2933 CHESHIRE WAY**<br>**Grand Prairie, TX 75052** | **Landlord - current residence** |
| **Storage One** | **Two storage units - contains household goods** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **David N Frear, Jr.** _____, Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Flamingo Paradise Partners, LLC** | **2010-1 CRE Venture, LLC**<br>**c/o Robert McCoy, Esq.**<br>**Morris Law Group**<br>**300 S. Fourth Street, Suite 900**<br>**Las Vegas, NV 89101** |
| **Violet Frear** | **Marshall & Ilsley Bank**<br>**401 N Executive Drive**<br>**Brookfield, WI 53005** |

**0**
____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Nevada

In re    **David N Frear, Jr.**                         Case No. _____

                                    Debtor(s)          Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **26**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 27, 2015**                      Signature    **/s/ David N Frear, Jr.** _____

                                                            **David N Frear, Jr.**

                                                            Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re  **David N Frear, Jr.**

_____
Debtor(s)

Case No. _____

Chapter  **7**  _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**DUK GYU CHOI** | **Describe Leased Property:**<br>**Landlord - current residence** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ■ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**Storage One** | **Describe Leased Property:**<br>**Two storage units - contains household goods** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **April 27, 2015**
_____

Signature  **/s/ David N Frear, Jr.**
_____
**David N Frear, Jr.**
Debtor

# United States Bankruptcy Court
## District of Nevada

In re   __David N Frear, Jr.__                            Case No.

                                                       Debtor(s)           Chapter     __7__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **8,500.00** |
| Prior to the filing of this statement I have received | $ | **8,500.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

      ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

      ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
          **Per fee agreement.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Per fee agreement.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   __April 27, 2015__                     **/s/ Robert Atkinson**
                                                       **Robert Atkinson 9958**
                                                          **Atkinson Law Associates Ltd.**
                                                          **8965 S. Eastern Ave Suite 260**
                                                       **Las Vegas, NV 89123**
                                                       **(702) 614-0600   Fax: (702) 614-0647**
                                                        **bknotices@nv-lawfirm.com**

# United States Bankruptcy Court
## District of Nevada

In re    **David N Frear, Jr.**                       Case No.

                                         Debtor(s)              Chapter     **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **April 27, 2015**                         **/s/ David N Frear, Jr.**

                                                 **David N Frear, Jr.**
                                                 Signature of Debtor

```
David N Frear, Jr.
8465 W Sahara Ave # 111
Las Vegas, NV 89117

Robert Atkinson
Atkinson Law Associates Ltd.
8965 S. Eastern Ave Suite 260
Las Vegas, NV 89123

2010-1 CRE Venture, LLC
Acct No A-12-660926-B
c/o Robert McCoy, Esq.
Morris Law Group
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101

2010-1 CRE Venture, LLC
Acct No A-12-660926-B
c/o CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DR
Las Vegas, NV 89119

Arthur and Carmen Bruschera Living Trust
c/o Elaine K. Fresch, Esq.
Selman Breitman
11766 Wilshire Blvd. 6th Floor
Los Angeles, CA 90025

Arthur Brushera Bypass Trust
Acct No A-14-699753-C
c/o Elaine K. Fresch, Esq.
Selman Breitman
11766 Wilshire Blvd. 6th Floor
Los Angeles, CA 90025

B.H. LOS ALTOS, LLC
c/o CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DR
Las Vegas, NV 89119

Bank of America
Acct No xxxxx8069
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062

Barclays Bank Delaware
Acct No xxxxxxxxxxx7768
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE 19899
```

BMO Harris Bank
f/k/a Marshall and Ilsley Bank
111 W. Monroe St.
Chicago, IL 60603

BOB FARAHI
3800 S. VIRGINIA ST.
Reno, NV 89502

Bruschera Defendants
Acct No A-14-699753-C
c/o Elaine K. Fresch, Esq.
SELMAN BREITMAN
3993 Howard Hughes Pkwy Suite 200

Carmen Bruschera
Acct No A-14-699753-C
c/o Elaine K. Fresch
Selman Breitman
11766 Wilshire Blvd. 6th Floor
Los Angeles, CA 90025

Cbna
Acct No xxxxx1894
Po Box 6282
Sioux Falls, SD 57117

Chase
PO Box 94014
Palatine, IL 60094-4014

Chase Auto
Acct No xxxxxxxxx2805
Attn:National Bankruptcy Dept
Po Box 29505
Phoenix, AZ 85038

Chase Auto
Acct No xxxxxxxxx5203
Attn:National Bankruptcy Dept
Po Box 29505
Phoenix, AZ 85038

Chase Auto
Acct No xxxxxxxxx3805
Attn:National Bankruptcy Dept
Po Box 29505
Phoenix, AZ 85038

Chase Card
Acct No xxxxxxxxxxx9931
Po Box 15298
Wilmington, DE 19850

Chase Mtg
Acct No xxxxxxxx2196
Po Box 24696
Columbus, OH 43224

Citibank
Acct No A-11-652471-C
c/o Jeffrey Sloane, Esq.
The Law Offices of Jeffrey G. Sloane
8935 S. Pecos Road, Suite 21A
Henderson, NV 89074

Citibank, N.A.
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Colony Capital, Inc.
2450 Broadway 6th Floor
Santa Monica, CA 90404

Craig Boreta
c/o J. Michael Oakes, Esq.
Foley & Oakes PC
850 E bonneville Ave
Las Vegas, NV 89101

Duc Choi a/k/a DUK GYU CHOI
2933 CHESHIRE WAY
Grand Prairie, TX 75052

Estate of Vaso Boreta
c/o John M. Oakes
Foley & Oakes, P.C.
850 E. Bonneville Ave.
Las Vegas, NV 89101

Fannie Mae
3900 Wisconsin Ave NW
Washington, DC 20016-2892

FDIC
1310 Courthouse Road
Arlington, VA 22201

First Data
Acct No xxxxxxxx0000
1307 Walt Whitman Rd
Melville, NY 11747

First Data
Acct No xxxxxxxx5000
1307 Walt Whitman Rd
Melville, NY 11747

First Data
Acct No xxxxxxxx9000
1307 Walt Whitman Rd
Melville, NY 11747

First Data
Acct No xxxxxxxx1000
1307 Walt Whitman Rd
Melville, NY 11747

Flamingo Paradise Partners, LLC
8465 W Sahara Ave # 111
Las Vegas, NV 89117

Ford Motor Credit Corporation
Acct No xxxx7955
Ford Motor Credit
Po Box 6275
Dearborn, MI 48121

FRONTIER FINANCIAL CREDIT UNION
c/o BRUCE A. RODELA
WASHOE CREDIT UNION
5200 NEIL ROAD
Reno, NV 89502

Harris N.A.
Acct No xxxxxx8251
Bmo Harris Bank - Bankruptcy Dept
770 N Water Street
Milwaukee, WI 53202

IDEAL DRUG LTD.,
c/o ALAN R. ROCK
1344 DISC DRIVE
Sparks, NV 89436

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

James Bruschera
c/o Elaine K. Fresch
Selman Breitman
11766 Wilshire Blvd. 6th Floor
Los Angeles, CA 90025

John Boreta
c/o J. Michael Oakes
Foley & Oakes PC
850 E Bonneville Ave
Las Vegas, NV 89101

KILEY RANCH LLC
c/o David Kiley
985 WATT STREET
Reno, NV 89505

LAZY FIVE COMPANY
c/o David Kiley
985 WATT STREET
Reno, NV 89505

LUMOS & ASSOCIATES, INC.,
c/o ALLISON MACKENZIE, LTD.
402 NORTH DIVISION ST
Carson City, NV 89703

Marshall & Ilsley Bank
Acct No xxxxxxxxx0000
401 N Executive Drive
Brookfield, WI 53005

Marshall and Ilsley Bank
Acct No A-10-624149-C
c/o Aaron Waite, Esq.
Cooper Castle Law Firm
5275 S Durango Dr
Las Vegas, NV 89113

Marshall and Ilsley Bank FSB
c/o Sandra Tiberi, Esq.
Law Offices of Hemar & Rousso
15910 Ventura Blvd, 12th Floor
Encino, CA 91436

McDonald Carrano Wilson
2300 W Sahara Ave # 1000
Las Vegas, NV 89102

Nevada Dept of Taxation
Attn: Bankruptcy
555 E. Washington Ave Suite 1300
Las Vegas, NV 89101

New Century Mortgage C/Carrington
Acct No xxxx6518
1610 E. St. Andrew Place
B150
Santa Ana, CA 92705

NV Dept of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

```
NV DETR
Attn: Bankruptcy
500 East Third Street
Carson City, NV 89713

Pat Marsh
1890 WHISPERING CIR
Henderson, NV 89012

Paul Bruschera
c/o Elaine K. Fresch, Esq.
Selman Breitman
11766 Wilshire Blvd. 6th Floor
Los Angeles, CA 90025

Providian/Chase
Acct No xxxxxxxxxxxx0054
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

ROCK NEVADA ENTERPRISES, INC.
c/o Alan Rock
5265 VISTA BLVD
Sparks, NV 89436

Ron Boreta
Acct No A-14-699753-C
c/o J. Michael Oakes, Esq.
FOLEY & OAKES
850 E Bonneville Ave
Las Vegas, NV 89101

Select Portfolio Servicing
Acct No xxxxxxxxx6648
Po Box 65250
Salt Lake City, UT 84165

STN HOLDING GROUP, LLC
c/o RANDAL S KUCKENMEISTER
3860 GS RICHARDS BLVD
Carson City, NV 89703

STN HOLDING GROUP, LLC
Acct No CV11-00739
c/o Amy Tirre, Esq.
Law Offices of Amy N. Tirre
3715 Lakeside Dr. Suite A
Reno, NV 89509

Thornburgmtg
Acct No xxxxxxxxx2245
425 Phillips Blvd
Ewing, NJ 08618
```

```
TMST Home Loans
Acct No x-xx-xxx698-J
c/o Kristin A. Schuler-Hintz, Esq.
McCarthy & Holthus, LLP
9510 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

Toyota Motor Credit Co
Acct No xxxxxxxxxxxx0001
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408

Us Bank
Acct No xxxxx3800
425 Walnut St
Cincinnati, OH 45202

US Bank
P.O. Box 1800
Saint Paul, MN 55101-0800

Vaso Boreta 2000 Trust
c/o John M. Oakes, Esq.
Foley & Oakes, P.C.
850 E. Bonneville Ave.
Las Vegas, NV 89101

Vaso Boreta 2000 Trust
c/o J. Michael Oakes, Esq.
Foley & Oakes, PC
850 E Bonneville Ave
Las Vegas, NV 89101

VISTA CENTER, INC.,
c/o Alan Rock
5265 VISTA BLVD
Sparks, NV 89436

Wachovia Mortgage/World Savings and Loan
Acct No xxxxxxxxx8502
Attn: Bankruptcy Dept.(T7419-015)
Po Box 659558
San Antonio, TX 78265

Wells Fargo Bank
420 Montgomery Street
San Francisco, CA 94104
```