**BRIAN D. SHAPIRO**  
Trustee in Bankruptcy  
510 S. 8th Street  
Las Vegas, NV  89101  
(702) 386-8600  Fax (702) 383-0994

E-FILED: June 15, 2018

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>FREAR, DAVID N, JR.<br><br><br>Debtor(s) | Case No. Bk-S 15-12357 ABL<br>Chapter 7<br><br>DECLARATION IN SUPPORT OF APPLICATION FOR COMPENSATION FOR PAUL M. HEALEY, CPA<br><br>Date:  N/A<br>Time:  N/A |

I, PAUL M. HEALEY, CPA, being duly sworn, declare as follows:

1. I am a certified public accountant duly licensed in the State of Nevada and, unless otherwise stated herein, I have personal knowledge of all the facts and circumstances stated in this declaration and am competent to testify to the same.

2. On June 5, 2017, this Court entered an order authorizing the Trustee to employ Affiant as accountant for the above entitled Estate. A copy of that order is attached hereto as Exhibit 1.

3. I was primarily employed by the Estate for the reason that the administration of this case involves determination of tax issues and preparation of individual federal income tax returns.

4. The attached statements reflects accountant fees in the sum of $510.00. A true and correct copy of that statement is attached hereto as Exhibit 2.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____  
PAUL M. HEALEY, CPA

# EXHIBIT 1

_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
June 05, 2017

**BRIAN D. SHAPIRO, TRUSTEE**
Federal Bankruptcy Trustee
510 S. 8th Street
Las Vegas, NV  89101
(702) 386-8600; Fax (702) 383-0994
trustee@trusteeshapiro.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re | Case No. BK-S 15-12357 ABL |
|---|---|
| FREAR, DAVID N, JR. | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor(s) | ORDER AUTHORIZING EMPLOYMENT OF AN ACCOUNTANT |

Upon reading the Motion of Brian D. Shapiro, Trustee, to employ Paul M. Healey as accountant for the Trustee pursuant to 11 U.S.C. §327(a); it appearing to the Court that the accountant does not hold or represent an interest adverse to the estate, that the accountant is a disinterested party within the meaning of Section 101(14) of the Bankruptcy Code, and may represent the Trustee under 11 U.S.C. §327(c) and that the employment of an accountant is necessary and in the best interest of the Estate and the creditors; and good cause appearing therefore, it is hereby

1  ORDERED, that pursuant to Section 327 of the Bankruptcy Code, the Trustee is
2  authorized to employ Paul M. Healey as accountant in accordance with the terms of the
3  agreement set forth in the application and declaration in support of this Order. The payment of
4  all fees and costs are subject to further approval of this Court.

6  Submitted by:

   _[signature]_
   Brian D. Shapiro, Trustee

10 Approved/Disapproved

   _[signature]_
   Attorney for the U.S. Trustee

# EXHIBIT 2

# Invoice



## Paul M. Healey & Sons CPAs Ltd.

3263 E. Warm Springs Road
Las Vegas, NV 89120
(702) 968-7800 Phone
(702) 968-7803 Fax

91 South Emery Street
Pahrump, NV 89048
(775) 751-3133 Phone
(775) 751-3131 Fax

**Paul M. Healey**
Certified Public Accountant
paul@healeyandsonscpas.com

**Christopher C. Healey**
Certified Public Accountant
chris@healeyandsonscpas.com

**Michael J. Healey**
Certified Public Accountant
Master of Science in Accountancy
mike@healeyandsonscpas.com

**Bill To**

Frear JR, David N. (BK-S)

| Date | Invoice # |
|---|---|
| 7/5/2017 | 14642 |

| | | Amount |
|---|---|---|
| Bankruptcy Tax Prep | Form 1041, 2016 | 510.00 |

**Total** $510.00